**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR STEPHANE LOUIS,<br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY;<br>ICE/ERO SAN FRANCISCO FIELD OFFICE<br>DIRECTOR (Current or Acting);<br>DIRECTOR OF U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT (Current or<br>Acting);<br>SECRETARY OF THE DEPARTMENT OF<br>HOMELAND SECURITY (Current or<br>Acting);<br>UNITED STATES ATTORNEY GENERAL<br>(Current or Acting),<br>Respondents. | Case No. 1:26-cv-04594-DC-CKD<br><br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR SUBSTITUTION OF<br>COUNSEL** |

I, Jan David Karowsky, do hereby declare under penalty of perjury that the foregoing is true and correct and to those matters alleged on information and belief, I believe them to be true:

Mr. Louis/Stephane has two habeas cases pending in the Eastern District:

- 1 -

- *Louis Vladimyr Stephane v. Warden of the Mesa Verde Detention Facility, et al.*, No. 1:26-cv-04594-VC (E.D. Cal. June 15, 2026)

- *Vladimar Stephane Louis v. Warden of the Mesa Verde Detention Facility,* No. 1:26-cv-01414-DC-CKD (E.D. Cal. February 18, 2026)

I was appointed on March 3, 2026 (Dkt. 8) to represent Mr. Louis in 1:26-cv-1414 and on June 23, 2026 (Dkt. 9), Counsel Benjamin Hall was appointed to represent him, as Mr. Stephane, in 1:26-cv-4594. Mr. "Louis" and Mr. "Stephane" are one and the same.

On June 17, 2026, AUSA Camilo Rodriguez filed a Notice of Related Cases in both of these cases (Dkt. 19) and on June 22, 2026, The Honorable Dena Coggins ordered that Case No. 1:26-cv-04594-VC be reassigned to herself and Magistrate Judge Carolyn K. Delaney. She also ordered that the caption on documents filed in the reassigned case shall be shown as: 1:26-cv-04594-DC-CKD.

It appears if the Petitioner would have filed under the same name in the second habeas petition, I would have been appointed to represent him for continuity of counsel and pursuant to Local Rule 123, Related Cases (Fed. R. Civ. P. 83).

I have had a continuous relationship with the client, his wife, and his immigration attorney since early on in my representation. The case is now close to resolution. It appears most efficient to substitute me for Mr. Hall. I have been in contact with Attorney Hall who agrees to withdraw from his representation in lieu of my appointment.

I declare under penalty of perjury that the preceding is true and correct and to those matters alleged on information and belief, I believe them to be true.

Executed on June 24, 2026 at Sacramento County, California.

/s/ Jan David Karowsky

Therefore, it is hereby stipulated by and between both appointed counsel for the common Petitioner that Benjamin Hall be withdrawn as counsel in *Louis Vladimyr Stephane v. Warden of the Mesa Verde Detention Facility, et al.*, No. 1:26-cv-04594-VC (E.D. Cal. June 15, 2026) and that Jan David Karowsky be appointed as counsel of record for Petitioner in that case.

**IT IS SO STIPULATED.**

Dated:  June 24, 2026

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

By: /s/ Jan Karowsky
**JAN DAVID KAROWSKY**
Attorney for Petitioner

/s/ Benjamin F. Hall
**BENJAMIN F. HALL**
Pacifica Law Group, APC

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** that Benjamin Hall be withdrawn as counsel in *Louis Vladimyr Stephane v. Warden of the Mesa Verde Detention Facility, et al.*, No. 1:26-cv-04594-VC (E.D. Cal. June 15, 2026) and that Jan David Karowsky be appointed as counsel of record for Petitioner in that case also.

**IT IS SO ORDERED**

Dated:  June 29, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 step4594.sub